**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 782 MAL 2017
                        :
          Respondent         :
                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court
        v.                 :
                        :
                        :
AUDREY OGDEN,             :
                        :
          Petitioner         :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.